# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:25-cr-00018-TMB-MMS-2 |
| v. | **ORDER DENYING MOTION FOR RELEASE FROM CUSTODY [50]** |
| JAMES EDWARD BARBER, | |
| Defendant. | |

Before this Court is Defendant James Edward Barber's ("Barber") Motion for Release from Custody.[1] Mr. Barber argues that he must be immediately released from custody pursuant to the Speedy Trial Act ("STA") due to delays in his co-defendant's transportation from another District.[2] The government responded in opposition, arguing that Mr. Barber's recitation of the law was inaccurate and that the STA is not implicated by a delay in transportation.[3] The Court did not hear oral argument because it finds the parties' filings sufficient to render its decision. Upon due consideration, the Court agrees with the government. The Motion for Release from Custody is accordingly **DENIED**.

## I.    PROCEDURAL BACKGROUND

Mr. Barber and his co-defendant were charged with conspiracy to distribute controlled substances on March 18, 2025.[4] Both were arrested on March 25, 2025. Barber

---

[1] Dkt. 50.
[2] *See generally*, *id.*
[3] Dkt. 54.
[4] Dkt. 2.

was arraigned in the District of Alaska on April 2, 2025.[5]  Barber's codefendant had his initial appearance in the Western District of Washington and was ordered to be removed to the District of Alaska, though he was not arraigned in the District of Alaska until May 16, 2025.[6]  On May 21, 2025, Chief District Judge Gleason found excludable delay applicable to Mr. Barber under 18 U.S.C. §§ 3161(h)(6), (h)(7)(B)(i), and (h)(7)(B)(iv) to July 15, 2025.[7]

## II.   DISCUSSION

Mr. Barber argues that "[t]he court's ruling to extend the time limitations under the [STA] represents an abuse of the court's limited discretion granted by Congress, because it had the effect of prolonging Barber's pretrial incarceration by at least 32 days."[8]  The STA generally prohibits pretrial detention in excess of 70 days.[9]  However, this does not broadly entitle defendants to a trial within 70 calendar days.  The STA also provides that several categories of "periods of delay shall be excluded in computing" this time.[10]  The exclusions applicable here are "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted" and when "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."[11]

---

[5] Dkt. 14.
[6] Dkt. 30.
[7] Dkt. 33.
[8] Dkt. 50 at 2.
[9] 18 U.S.C. § 3161(c)(1)
[10] 18 U.S.C. § 3161(h)
[11] 18 U.S.C. §§ 3161(h)(6), (h)(7)(B).

Mr. Barber cites to 18 U.S.C. § 3161(h)(1)(F), which affords 10 days for transportation from another district.[12]  The government offers *United States v. Layfield*, 96 F.4th 1095 (9th Cir.).[13]  In *Layfield*, the Ninth found that Section 3161(h)(1)(F)'s 10-day exclusion applies "to prisoners travelling between different jurisdictions for court proceedings once the seventy-day clock has started" but not those being transported to the charging District subsequent to an arrest.[14]

With the record before the Court, it cannot find that it was errant to exclude time so that Mr. Barber's case could proceed with his co-defendant under Section 3161(h)(6).  The government was not required to transport Mr. Barber's co-defendant within ten days, and the unique challenges posed with transporting defendants to the District of Alaska do not make this delay unreasonable.  Delays with transportation are a routine frustration for the Court and defendants alike, but they do not create remedies under the STA for situations such as Mr. Barber's.

### III.    CONCLUSION

For the reasons stated above, **IT IS THEREFORE ORDERED** that the Motion for Release of Custody at Docket 50 is **DENIED**.

DATED this 27th day of August 2025, at Anchorage, Alaska.

_____
MATTHEW M. SCOBLE
CHIEF U.S. MAGISTRATE JUDGE

---

[12] Dkt. 50 at 4.
[13] Dkt. 54 at 2–3.
[14] *Layfield*, 96 F.4th at 1098.